IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA BRINSON-WALKER, RAYMOND WALKER | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| SEARS, ROEBUCK & CO. | | |
| | : | NO. 02-3839 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, December 12, 2002**\***.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

            Michael E. Kunz
            Clerk of Court

**\*NO CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
   ADRIENNE MANN
   Deputy Clerk
   Phone: 267-299-7075

Date: October 2, 2002

Copies:    Susan Quigley, Secretary to Judge Newcomer
              Docket Clerk - Case File

        Counsel:    Robert Land, Esq.
                     Robert L. Sanzo, Esq.

        Arbitrators:

ARB2.FRM