**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
TINA BRINSON-WALKER and RAYMOND :       CIVIL ACTION
WALKER,                         :
      Plaintiff,               :
                                :
      v.                        :
                                :
SEARS, ROEBUCK AND CO.,         :
      Defendant,               :
                                :
      v.                        :
                                :
FAR EAST WATCH CASES LTD.,      :
      Defendant.               :       NO.  02-3839
```

<u>**O R D E R**</u>

AND NOW, this   day of November, 2002, upon consideration of the Uncontested Motion for Extension of Time Filed on Behalf of the Recently Joined Third Party Defendant, Far East Watch Cases Ltd., said motion is hereby GRANTED. It is ordered that all deadlines in this case will be extended by sixty (60) days to allow this new Defendant to take discovery and prepare a defense. Accordingly, it is further ORDERED that discovery shall close on January 28, 2003, and that the Arbitration Clerk shall schedule this case for arbitration at the earliest convenient time following that date.

Counsel for all parties shall observe the attached procedures.

AND IT IS SO ORDERED.

_____

Clarence C. Newcomer, S.J.