IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA BRINSON-WALKER,<br>RAYMOND WALKER | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| SEARS, ROEBUCK & CO.<br>-------------------------------------------<br>SEARS, ROEBUCK & CO. | : | |
| | : | |
| v. | | |
| | : | NO. 3839 |
| FAR EAST WATCHCASES (USA) LTD. | | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, January 30, 2003.*  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

**\*Case continued from December 12, 2002
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone: 267-299-7075

Date: November 27, 2002
Copies:    Susan Quigley, Courtroom Deputy to Judge Newcomer
              Docket Clerk - Case File

              Counsel:    Robert Land, Esq.
                              Robert L. Sanzo, Esq.
                              Anthony W. Parker, Esq.
                              Edward C. Mintzer, Jr., Esq.
              Arbitrators:    William Hirsch, Esq.
                              Penny Scott-Sedley, Esq.
                              John Phelan, Esq.

ARB2.FRM