IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA BRINSON-WALKER, RAYMOND WALKER | : | CIVIL ACTION |
| v. | : | |
| SEARS, ROEBUCK & CO. | : | |
| | : | NO. 02-3839 |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this        day of January, 2003, it is hereby

ORDERED that William Hirsch, Esq. is replaced as an arbitrator on Thursday, January 30, 2003, 9:30 a.m.  It is hereby

FURTHER ORDERED that Linda Moy, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
CLARENCE C. NEWCOMER, J.

ARB8 (12/82)