## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA BRINSON-WALKER and : | |
| RAYMOND WALKER : | No.: 02-CV-3839 |
| v. : | |
| SEARS, ROEBUCK AND CO. : | |
| v. : | |
| FAR EAST WATCHCASES, U.S.A., LTD. : | |

## JOINT DEMAND FOR TRIAL DE NOVO
## BY PLAINTIFFS, TINA BRINSON-WALKER AND RAYMOND WALKER
## AND DEFENDANT, SEARS, ROEBUCK AND CO.

Plaintiffs Tina Brinson-Walker and Raymond Walker demand a trial de novo from the Arbitration of January 30, 2003.

Defendant, Sears, Roebuck and Co. demands a trial de novo on its Third-Party claim against Far East Watchcases, U.S.A. Ltd.

The Arbitrators' compensation has been paid.

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

By: _____
Robert L. Sanzo, Esquire
Attorney for Defendant,
Sears, Roebuck and Co.
510 Walnut Street, Ste. 1000
Philadelphia, PA 19106
215-627-0303

Dated: _____
673194

