```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TINA BRINSON-WALKER and | | |
| RAYMOND WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | NO. 2002-3839 |
| | | |
| v. | | |
| | | |
| FAR EAST WATCHCASES, U.S.A. | | |

## **O R D E R**

AND NOW, this     day of February, 2003, it is Ordered that a settlement/pre-trial conference shall be held in Judge Newcomer's Chambers 13614 U.S. Courthouse, 601 Market Street, Philadelphia, Pa. on Tuesday, March 4, 2003 at 3:15 p.m.

ATTEST:                               or    BY THE COURT

BY:_____                      _____
   Michael Finney                            Judge
   Deputy Clerk to
   Judge Newcomer

Civ 12 (9/83)