```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TINA BRINSON-WALKER, et al

::: : CIVIL ACTION
:::

      vs.             :

                          :        NO. 2002-3839

SEARS ROEBUCK & COMPANY, et al

<u>O R D E R</u>

**AND NOW, TO WIT:** This    day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                       **MICHAEL E. KUNZ**, Clerk of Court

                                       **BY:**_____
                                             Michael Finney,
                                             Deputy Clerk of Court

Copies by FAX on _____ to: Copies by MAIL on _____ to:

Civ 2 rev. (8/2000)
41.1(b)